UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-60870-CV-COHN

Magistrate Judge Seltzer

TOTAL RENTAL SOLUTIONS, INC.,

      Plaintiff,

vs.

SCHERING CORPORATION,

      Defendant.
_____/

## ORDER DENYING WITHOUT PREJUDICE MOTION FOR DEFAULT JUDGMENT

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Default Judgment [DE 8].  The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiff filed this action on May 25, 2010 and filed proof of service upon Defendant's resident agent, CT Corporation, on July 22, 2010 [DE 7].  Plaintiff then moved for both a clerk's default and entry of default judgment [DE 8].  Plaintiff served the motion by mail upon the resident agent, and by electronic mail to "meredith.dwyer@spcorp.com."  The Clerk entered default on July 29, 2010 [DE 11].

The problem with Plaintiff's motion for default judgment is that the amount of damages is not supported by an affidavit of someone with personal knowledge of the amount owed.  See Rule 55(b) of the Federal Rules of Civil Procedure.  The Affidavit of Counsel that is part of the motion only supports the service issues.  The motion also states that it relies upon the "pleadings and attachments thereto."  Upon a review of those documents, there is no affidavit or verified complaint regarding the amount of damages.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Motion for Default Judgment [DE 8] is hereby **DENIED, without prejudice**;

2. Plaintiff may file a Renewed Motion for Default Judgment by September 30, 2010.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of September, 2010.

_____
JAMES I. COHN
United States District Judge

copies to:
counsel of record on CM/ECF